EMILIO REBORA et al., as Adjusters and Trustees for NAVIGAZIONE GENERALE ITALIANA, Respondents, *v.* BRITISH AND FOREIGN MARINE INSURANCE COMPANY, LTD., Appellant.

(Submitted February 15, 1932; decided March 15, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 379.)

CAROLINE M. GAVIN, Appellant, *v.* PETER AIKEN, as Executor of MARY J. DRIVER, Deceased, Respondent, Impleaded with Another.

(Submitted March 14, 1932; decided March 22, 1932.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 595.)

JOSEPH FRANKENBERGER, Respondent, *v.* ALEXANDER SCHNELLER et al., as Executors of BERNHARD SCHNELLER, Deceased, Appellants.

(Submitted March 14, 1932; decided March 22, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 270.)